1 | **MICHAEL COSENTINO, State Bar No. 83253**
**Attorney at Law**
2 | P.O. Box 129
Alameda, CA 94501
3 | Telephone: (510) 523-4702
Facsimile:   (510) 747-1640
4 |
Attorney for Plaintiff
5 | United States of America

6

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        NO.  CV 12-6099 SLM

12 |             Plaintiff,
   | v.
13 |                                 STIPULATED ORDER OF
   | **Charles W. Asberry aka Charles**   **CONTINUING GARNISHMENT**
14 | **T. Asberry aka Charles W.**
   | **Asbury,**
15 |             Defendant,
   | and
16 |
   | **Wells Fargo,**
17 |           Garnishee. _____/

18 |         IT IS HEREBY STIPULATED by and between Judgment Creditor, United States of

19 | America, and Judgment Debtor, Charles W. Asberry aka Charles T. Asberry aka Charles W.

20 | Asbury, that garnishee, Wells Fargo, withhold $100.00 Monthly from Judgment Debtor's non-

21 | exempt disposable income, commencing with the April, 2013, pay period, until the entire

22 | current judgment balance in the amount of $5,298.79, plus interest, has been paid in full or

23 | until the garnishee no longer has custody, possession or control of any property belonging to

24 | the debtor or until further Order of this court.

25 |         IT IS HEREBY FURTHER STIPULATED that Wells Fargo, Garnishee, immediately

26 | remit to the United States Department of Justice the above mentioned payments as and for

27 | the month of April, 2013, and as and for each month thereafter.

28 |         IT IS HEREBY FURTHER STIPULATED that said payments be made payable to the

STIPULATED GARNISHMENT ORDER, US v. Asberry , CAND # CV 12-6099 SLM                              1

1  U.S. Department of Justice, and be mailed to the Department of Justice-NCIF, P.O. Box

2  790363, St. Louis, MO 63179-0363, referencing the judgment debtor's name and CDCS Claim

3  number **1998B10860** on each check for posting purposes.

4      IT IS HEREBY FURTHER STIPULATED that judgment debtor, upon request by mail

5  from judgment creditor to judgment debtor, shall submit a financial statement to judgment

6  creditor annually, the form of which shall be mailed to judgment debtor by judgment creditor.

7      IT IS HEREBY FURTHER STIPULATED that in accordance with the provisions of Title

8  28 U.S.C. Section 636(c) the parties hereby voluntarily waive their rights to proceed before a

9  judge of the United States District Court and consent to have a United States magistrate judge

10  conduct any and all further proceedings in the case.  It is understood that any appeal from an

11  order entered by a magistrate judge will be taken directly to the Ninth Circuit of the United

12  States Court of Appeals in the same manner as an appeal from any other judgment of a

13  District Court.

14      By his signature hereafter, Charles W. Asberry aka Charles T. Asberry aka Charles W.

15  Asbury acknowledges that he has read, understands and waives all of his rights under the

16  CLERK'S NOTICE OF POST-JUDGMENT GARNISHMENT AND INSTRUCTIONS TO

17  DEFENDANT; REQUEST FOR HEARING FORM; OBJECTION TO GARNISHEE'S ANSWER

18  AND REQUEST FOR HEARING FORM; NOTICE ON HOW TO CLAIM EXEMPTION; CLAIM

19  FOR EXEMPTION FORM and the WRIT OF CONTINUING GARNISHMENT and the

20  APPLICATION FOR WRIT OF CONTINUING GARNISHMENT and the GARNISHEE'S

21  ANSWER in exchange for the herein

22  payment stipulation.

23  Dated: April 10, 2013

24  Charles W. Asberry aka Charles T. Asberry aka Charles W. Asbury

25  Dated: April 10, 2013

26  Michael Cosentino, Counsel for United States

27  IT IS SO ORDERED.

28  Dated: May 1, 2013

UNITED STATES MAGISTRATE JUDGE

STIPULATED GARNISHMENT ORDER. US v. Asberry , CAND # CV 12-6099 SLM                    2